**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 10, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00809-CV

---

### JORGE BORUNDA AND JENNIFER BORUNDA, Appellants

### V.

### LAI MUNCY AND CHARLES MUNCY, Appellees

---

**On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1040070**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed August 8, 2018. On January 4, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant